UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23CR01353-BTM |
|---|---|
| Plaintiff, | **JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| Alberto Gonzalez-Calel, | |
| Defendant | |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against ALBERTO GONZALEZ-CALEL in this case is dismissed without prejudice.

SO ORDERED.

DATED: September 8, 2023

_____
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE